Feigenspan *v.* Mulligan.

---

CHRISTIAN FEIGENSPAN (corporation), appellant,

*v.*

ROBERT MULLIGAN et al., respondents.

[Filed November 17th, 1902.]

On appeal from a decree advised by Vice-Chancellor Stevenson, whose opinion is reported in *18 Dick. Ch. Rep. 179.*

*Messrs. Roberson & Demarest,* for the appellant.

*Messrs. Riker & Riker,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, COLLINS, FORT, GARRETSON, HENDRICKSON, PITNEY, BOGERT, ADAMS, VREDENBURGH, VOORHEES, VROOM—13.

*For reversal*—None.